**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DANIEL WARREN, | : | No. 108 MM 2018 |
| Petitioner | : | |
| v. | : | |
| JAMES B. MARTIN, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.